IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY JOHN KEOUGH, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1343 |
| | § | |
| EXPRESS JET AIRLINES, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The defendant Airlines Pilots Association, International (ALPA) has filed a motion for enlargement of time to file an answer. (Docket Entry No. 14). ALPA has asked for an additional 30 days, through July 6, 2013, to answer. The plaintiffs are opposed. Because the record reveals no unfairness or prejudice in allowing the brief extension ALPA's motion is granted. ALPA has up to and including July 6, 2013 to respond to the complaint.

SIGNED on June 4, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge