# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY JOHN KEOUGH, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-13-1343 |
| EXPRESS JET AIRLINES, INC., *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

On June 4, 2013, defendant ExpressJet Airlines, Inc. filed a motion for enlargement of time to file an answer. (Docket Entry No. 20). On June 5, this court granted ExpressJet an additional 30 days, through July 8, 2013, to answer. (Docket Entry No. 24). On June 28, defendant Air Line Pilots Association International ("ALPA") filed an unopposed motion for an extension of time to answer or otherwise respond to the plaintiff's complaint. (Docket Entry No. 31). On July 2, this court granted ALPA's motion and extended the deadline to August 5, 2013. (Docket Entry No. 39). On July 1, ExpressJet moved to extend its deadline to match ALPA's new deadline. (Docket Entry No. 32). The plaintiff is opposed. (Docket Entry No. 33). Because the record reveals no unfairness or prejudice in allowing the extension, ExpressJet's motion is granted. ExpressJet has up to and including August 5, 2013 to respond to the complaint.

SIGNED on July 8, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge