# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY JOHN KEOUGH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1343 |
| | § | |
| EXPRESS JET AIRLINES, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On May 15, 2014, a telephone conference was held in which the court set the date for the defendants to take the plaintiff's deposition. The court clarifies that this deposition is set for July 14, 2014, with July 15, 2014 set as an alternative date. The minute entry will be changed to reflect these dates.

SIGNED on May 29, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge