# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY JOHN KEOUGH, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-13-1343 |
| EXPRESS JET AIRLINES, INC., | § § § | |
| Defendants. | § | |

## ORDER SETTING HEARING

Counsel have advised the court of a dispute on the failure to produce certain documents and electronically stored information, with related spoliation allegations. A hearing is set on this issue for **August 1, 2014**, at 8:30 a.m. in courtroom 11-B. Given the nature of the allegations, the hearing will be held in person, rather than by telephone conference. At least one lawyer knowledgeable about the issues, must be present for each party.

By **July 14, 2014**, the plaintiff must file a motion and brief, together not more than 10 pages, identifying precisely and in detail the types and sources of documents/ESI at issue, the specific circumstances surrounding the failure to produce, the specific factual and legal grounds for any spoliation allegations, and the relief sought. By **July 28, 2014**, the defendant must file its response, also limited to 10 pages. The court may allow additional briefing if needed only on the issues that need it.

SIGNED on June 30, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge